# EXHIBIT A

| IP | ISP | Date/Time (CST) | Torrent |
|---|---|---|---|
| 207.14.15.132 | AAFES | 8/28/10 11:51 PM | jordan capri complete collection |
| 65.0.131.191 | BellSouth | 9/1/10 5:57 PM | Capri |
| 65.0.110.10 | BellSouth | 8/28/10 8:39 PM | Capri |
| 168.122.152.59 | BU | 9/1/10 4:55 PM | Jordan Capri |
| 75.141.204.166 | Charter Communications | 9/1/10 6:01 PM | Tawnee Vids |
| 75.133.63.230 | Charter Communications | 9/1/10 4:59 PM | Tawnee Vids |
| 24.181.217.255 | Charter Communications | 9/1/10 4:59 PM | Capri |
| 66.169.140.107 | Charter Communications | 8/25/10 6:03 PM | Tawnee Hardcore.wmv |
| 71.63.197.128 | Comcast Cable | 8/28/10 11:01 PM | Jordan Capri honeymoon sex tape |
| 24.131.146.153 | Comcast Cable | 8/28/10 7:47 PM | jordan capri complete collection |
| 24.245.52.222 | Comcast Cable | 8/25/10 6:30 PM | Tawnee Hardcore.wmv |
| 98.254.193.201 | Comcast Cable | 8/29/10 3:23 AM | Tawnee Vids |
| 75.74.16.65 | Comcast Cable | 8/29/10 3:17 AM | Tawnee Vids |
| 75.66.32.21 | Comcast Cable | 9/1/10 5:53 PM | Tawnee Vids |
| 75.65.88.101 | Comcast Cable | 8/28/10 6:13 PM | jordan capri complete collection a |
| 68.81.29.159 | Comcast Cable | 8/29/10 3:45 AM | jordan capri complete collection |
| 98.235.181.52 | Comcast Cable | 8/29/10 3:29 AM | jordan capri complete collection |
| 174.54.231.141 | Comcast Cable | 8/29/10 3:18 AM | Tawnee Vids |
| 71.225.248.51 | Comcast Cable | 8/27/10 12:00 AM | jordan capri complete collection a |
| 174.54.19.129 | Comcast Cable | 8/26/10 11:31 PM | Tawnee Vids |
| 68.81.84.136 | Comcast Cable | 8/26/10 11:11 PM | jordan capri complete collection a |
| 98.226.142.158 | Comcast Cable | 8/28/10 6:12 PM | jordan capri complete collection |
| 98.228.202.174 | Comcast Cable | 8/26/10 11:13 PM | Jordan Capri honeymoon sex tape |
| 98.206.113.166 | Comcast Cable | 8/25/10 6:03 PM | Tawnee Hardcore.wmv |
| 76.104.225.51 | Comcast Cable | 8/29/10 3:42 AM | jordan capri complete collection |
| 67.170.74.210 | Comcast Cable | 8/28/10 6:09 PM | jordan capri complete collection |
| 98.247.248.146 | Comcast Cable | 8/27/10 2:22 AM | Tawnee Hardcore.wmv |
| 76.22.53.221 | Comcast Cable | 8/27/10 12:01 AM | Tawnee Vids |
| 76.121.228.135 | Comcast Cable | 8/25/10 7:30 PM | Jordan Capri honeymoon sex tape |
| 98.237.210.71 | Comcast Cable | 8/25/10 6:31 PM | jordan capri complete collection |
| 76.103.206.106 | Comcast Cable | 8/26/10 11:12 PM | Capri |

| IP Address | ISP | Date/Time | File |
|---|---|---|---|
| 174.51.120.193 | Comcast Cable | 8/29/10 3:32 AM | jordan capri complete collection |
| 24.8.254.200 | Comcast Cable | 8/29/10 2:09 AM | jordan capri complete collection |
| 69.137.184.119 | Comcast Cable | 8/25/10 8:57 PM | Jordan Capri honeymoon sex tape (2) |
| 98.231.142.145 | Comcast Cable | 8/25/10 10:27 PM | jordan capri complete collection |
| 98.197.229.94 | Comcast Cable | 9/1/10 5:01 PM | Tawnee Vids |
| 98.200.113.135 | Comcast Cable | 8/25/10 10:14 PM | Jordan Capri honeymoon sex tape |
| 71.232.184.25 | Comcast Cable | 8/29/10 12:09 AM | jordan capri complete collection |
| 24.60.161.163 | Comcast Cable | 8/28/10 6:08 PM | Jordan Capri honeymoon sex tape |
| 71.234.6.46 | Comcast Cable | 8/27/10 12:01 AM | jordan capri complete collection a |
| 98.229.192.242 | Comcast Cable | 8/26/10 11:55 PM | Jordan Capri honeymoon sex tape |
| 98.217.0.240 | Comcast Cable | 8/26/10 11:08 PM | Tawnee Hardcore.wmv |
| 67.186.0.42 | Comcast Cable | 8/28/10 10:06 PM | jordan capri complete collection |
| 98.249.109.81 | Comcast Cable | 8/25/10 7:18 PM | jordan capri complete collection |
| 98.180.57.184 | Cox Communications | 9/1/10 4:47 PM | jordan capri complete collection 1 |
| 70.178.211.79 | Cox Communications | 8/28/10 6:48 PM | Capri |
| 98.169.42.201 | Cox Communications | 8/28/10 6:13 PM | jordan capri complete collection a |
| 68.227.114.116 | Cox Communications | 8/26/10 11:11 PM | Tawnee Vids |
| 72.223.100.150 | Cox Communications | 8/25/10 10:45 PM | Jordan Capri honeymoon sex tape |
| 68.11.29.83 | Cox Communications | 8/25/10 6:03 PM | Tawnee Hardcore.wmv |
| 74.88.152.192 | CSC Holdings Inc (Cablevision) | 8/29/10 3:47 AM | jordan capri complete collection |
| 24.184.50.84 | CSC Holdings Inc (Cablevision) | 8/28/10 10:21 PM | jordan capri complete collection a |
| 24.186.217.196 | CSC Holdings Inc (Cablevision) | 8/28/10 6:09 PM | jordan capri complete collection |
| 24.189.143.163 | CSC Holdings Inc (Cablevision) | 8/25/10 8:05 PM | jordan capri complete collection |
| 64.77.243.91 | Ct UT Tc | 8/28/10 10:41 PM | jordan capri complete collection |
| 63.246.173.196 | EarthLink | 9/1/10 7:09 PM | Jordan Capri |
| 76.185.94.23 | EarthLink | 8/28/10 6:13 PM | jordan capri complete collection a |
| 173.174.49.130 | EarthLink | 8/27/10 12:02 AM | Tawnee Vids |
| 70.112.22.51 | EarthLink | 8/25/10 6:09 PM | Tawnee Hardcore.wmv |
| 68.169.159.138 | EPB | 8/25/10 9:59 PM | Jordan Capri honeymoon sex tape |
| 208.103.53.19 | IFN LLC | 8/26/10 11:08 PM | Tawnee Hardcore.wmv |
| 173.21.30.188 | MediaCom | 8/25/10 7:29 PM | Jordan Capri honeymoon sex tape |
| 97.116.159.109 | Qwest Communications | 9/1/10 6:11 PM | Tawnee Vids |

| IP Address | ISP | Date/Time | File |
|---|---|---|---|
| 174.30.121.200 | Qwest Communications | 8/26/10 11:49 PM | Jordan Capri honeymoon sex tape |
| 66.44.33.98 | RCN Corp. | 8/28/10 7:42 PM | jordan capri complete collection |
| 65.31.195.214 | RoadRunner | 8/29/10 3:33 AM | Tawnee Vids |
| 68.204.186.212 | RoadRunner | 9/1/10 7:12 PM | Jordan Capri |
| 184.91.67.123 | RoadRunner | 8/25/10 8:14 PM | Jordan Capri honeymoon sex tape |
| 204.210.240.128 | RoadRunner | 8/26/10 11:20 PM | Jordan Capri honeymoon sex tape |
| 65.25.6.127 | RoadRunner | 8/28/10 7:06 PM | jordan capri complete collection |
| 74.77.99.175 | RoadRunner | 9/1/10 6:15 PM | Tawnee Vids |
| 72.228.138.36 | RoadRunner | 9/1/10 4:52 PM | Jordan Capri |
| 74.74.238.245 | RoadRunner | 8/25/10 6:50 PM | jordan capri complete collection |
| 67.253.40.13 | RoadRunner | 8/25/10 6:30 PM | jordan capri complete collection |
| 66.91.219.94 | RoadRunner | 8/28/10 9:57 PM | jordan capri complete collection |
| 67.49.137.34 | RoadRunner | 8/28/10 6:11 PM | jordan capri complete collection |
| 67.49.167.37 | RoadRunner | 8/26/10 11:16 PM | jordan capri complete collection a |
| 99.64.68.90 | SBC Internet Services | 8/29/10 3:14 AM | Capri |
| 99.33.35.102 | SBC Internet Services | 8/29/10 12:06 AM | Capri |
| 99.64.69.189 | SBC Internet Services | 8/28/10 10:01 PM | Capri |
| 99.17.35.107 | SBC Internet Services | 8/26/10 11:20 PM | jordan capri complete collection |
| 76.195.163.235 | SBC Internet Services | 8/26/10 11:10 PM | jordan capri complete collection a |
| 72.1.138.67 | Snd BC | 8/25/10 6:03 PM | Tawnee Hardcore.wmv |
| 174.146.229.221 | Sprint PCS | 8/28/10 6:43 PM | jordan capri complete collection a |
| 75.111.164.183 | Suddenlink Communications | 9/1/10 5:01 PM | Tawnee Vids |
| 74.196.248.20 | Suddenlink Communications | 8/25/10 10:03 PM | jordan capri complete collection |
| 24.143.57.229 | Sunflower Broadband | 9/1/10 4:59 PM | Tawnee Vids |
| 96.255.98.237 | Verizon Internet Services | 9/1/10 4:47 PM | jordan capri complete collection 1 |
| 173.74.170.126 | Verizon Internet Services | 9/1/10 4:47 PM | Jordan Capri honeymoon sex tape |
| 74.99.165.62 | Verizon Internet Services | 8/29/10 3:34 AM | Tawnee Vids |
| 74.97.244.249 | Verizon Internet Services | 8/28/10 11:06 PM | jordan capri complete collection |
| 71.188.188.210 | Verizon Internet Services | 8/28/10 6:13 PM | jordan capri complete collection a |
| 74.104.164.66 | Verizon Internet Services | 8/28/10 6:13 PM | jordan capri complete collection a |
| 96.240.62.94 | Verizon Internet Services | 8/28/10 6:09 PM | jordan capri complete collection |
| 71.188.100.85 | Verizon Internet Services | 8/28/10 6:08 PM | Capri |

| IP Address | ISP | Date/Time | Title |
|---|---|---|---|
| 71.178.17.142 | Verizon Internet Services | 8/26/10 11:48 PM | Jordan Capri |
| 173.72.19.251 | Verizon Internet Services | 8/26/10 11:20 PM | jordan capri complete collection |
| 74.107.82.128 | Verizon Internet Services | 8/26/10 11:08 PM | jordan capri complete collection a |
| 71.179.32.202 | Verizon Internet Services | 8/25/10 8:27 PM | jordan capri complete collection |
| 69.14.114.38 | WideOpenWest | 8/29/10 3:22 AM | Tawnee Vids |