# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Lightspeed Media Corporation
                                           Plaintiff,

v.                                                         Case No.: 1:10−cv−05604
                                                              Honorable Blanche M. Manning

Does 1−100
                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 15, 2010:

      MINUTE entry before Honorable Morton Denlow:Motion hearing held on 9/15/2010. Ex Parte motion for leave to take discovery prior to Rule 26(f) conference [5] is granted. Enter Order granting Plaintiff's Ex Parte motion for leave to take discovery prior to Rule 26(f) conference. Status hearing is set for 12/21/2010 at 10:00 A.M. (For further detail see attached order.)Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.