# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION ) | |
| ) | CASE NO.: 10 CV 5604 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge: Blanche M. Manning |
| ) | Magistrate Judge: Morton Denlow |
| DOES 1 – 100 ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## PLAINTIFF'S NOTICE OF *EX PARTE* MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that on Tuesday, November 30, 2010 at 11:00 a.m. the undersigned shall appear before the Honorable Judge Blanche M. Manning in Courtroom 2125 at 219 South Dearborn Street, Chicago, IL and shall then and there present an *Ex Parte* Motion For Leave To File First Amended Complaint.

                              Respectfully submitted,

                              Lightspeed Media Corporation

**DATED:** November 19, 2010

                              By:   /s/ John Steele
                                       John L. Steele (Bar No. 6292158)
                                       Steele Law Firm, LLC
                                       161 N. Clark St.
                                       Suite 4700
                                       Chicago, IL 60601
                                       312-893-5888;  Fax 312-893-5604
                                       john@steele-law.com
                                       *Attorney for Plaintiff*