# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5604 | **DATE** | 11/30/2010 |
| **CASE TITLE** | LIGHTSPEED MEDIA CORP. Vs. DOES 1-100 | | |

**DOCKET ENTRY TEXT**

Plaintiff's ex parte motion for leave to file first amended complaint [16] is granted. No appearance is required on the 12/6/2010 notice date.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|