## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORPORATION | ) | |
| | ) | CASE NO.: 10 CV 5604 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: Blanche M. Manning |
| | ) | Magistrate Judge: Morton Denlow |
| DOES 1 – 1000 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANT

Plaintiff LIGHTSPEED MEDIA CORPORATION, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), provides this notice that all claims against that certain defendant identified in the Complaint as associated with IP address **68.11.29.83**, should be, and hereby are, dismissed with prejudice.

Respectfully submitted,

Lightspeed Media Corporation

**DATED:** December 14, 2010

By:     /s/ John Steele_____
        John L. Steele (Bar No. 6292158)
        SteeleHansmeier, PLLC
        161 N. Clark St.
        Suite 4700
        Chicago, IL 60601
        312-809-9160;   Fax 312-893-5677
        jlsteele@wefightpiracy.com
        *Attorney for Plaintiff*

6519343v1  63070