**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION ) | |
| ) | CASE NO.: 1:10-cv-05604 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Blanche M. Manning |
| ) | Magistrate Judge Morton Denlow |
| DOES 1 – 1000 ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against the Doe Defendants associated with the Internet Protocol addresses listed in Exhibit A to this Notice of Dismissal. Plaintiff is dismissing this action because the parties have reached a mutually satisfactory resolution of their differences, the Defendants' respective Internet Service Providers deleted the relevant Internet Protocol address records before Plaintiff was permitted to issue a subpoena, or discovery has revealed a more convenient venue in which to pursue an action against a given Defendant. The respective Defendants have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[Intentionally left blank]

        Respectfully submitted,

        LIGHTSPEED MEDIA CORPORATION

**DATED:** December 21, 2010

        By:    /s/ John Steele_____
              John Steele (Bar No. 6292158)
              Steele Hansmeier PLLC
              161 N. Clark St.
              Suite 4700
              Chicago, IL 60601
              312-880-9160;   Fax 312-893-5677
              jlsteele@wefightpiracy.com
              *Attorney for Plaintiff*