# EXHIBIT A

| IP Addresses | | |
|---|---|---|
| 168.122.152.59 | 67.186.0.42 | 75.141.204.166 |
| 173.174.49.130 | 67.253.40.13 | 75.65.88.101 |
| 173.21.30.188 | 67.49.137.34 | 75.66.32.21 |
| 173.72.19.251 | 67.49.167.37 | 75.74.16.65 |
| 173.74.170.126 | 68.169.159.138 | 76.103.206.106 |
| 174.146.229.221 | 68.204.186.212 | 76.104.225.51 |
| 174.30.121.200 | 68.227.114.116 | 76.121.228.135 |
| 174.51.120.193 | 68.81.29.159 | 76.185.94.23 |
| 174.54.19.129 | 68.81.84.136 | 76.195.163.235 |
| 174.54.231.141 | 69.137.184.119 | 76.22.53.221 |
| 184.91.67.123 | 69.14.114.38 | 96.240.62.94 |
| 204.210.240.128 | 70.112.22.51 | 96.255.98.237 |
| 207.14.15.132 | 70.178.211.79 | 97.116.159.109 |
| 208.103.53.19 | 71.178.17.142 | 98.169.42.201 |
| 24.131.146.153 | 71.179.32.202 | 98.180.57.184 |
| 24.143.57.229 | 71.188.100.85 | 98.197.229.94 |
| 24.181.217.255 | 71.188.188.210 | 98.200.113.135 |
| 24.184.50.84 | 71.225.248.51 | 98.206.113.166 |
| 24.186.217.196 | 71.232.184.25 | 98.217.0.240 |
| 24.189.143.163 | 71.234.6.46 | 98.226.142.158 |
| 24.245.52.222 | 71.63.197.128 | 98.228.202.174 |
| 24.60.161.163 | 72.1.138.67 | 98.229.192.242 |
| 24.8.254.200 | 72.223.100.150 | 98.231.142.145 |
| 63.246.173.196 | 72.228.138.36 | 98.235.181.52 |
| 64.77.243.91 | 74.104.164.66 | 98.237.210.71 |
| 65.0.110.10 | 74.107.82.128 | 98.247.248.146 |
| 65.0.131.191 | 74.196.248.20 | 98.249.109.81 |
| 65.25.6.127 | 74.74.238.245 | 98.254.193.201 |
| 65.31.195.214 | 74.77.99.175 | 99.17.35.107 |
| 66.169.140.107 | 74.88.152.192 | 99.33.35.102 |
| 66.44.33.98 | 74.97.244.249 | 99.64.68.90 |
| 66.91.219.94 | 74.99.165.62 | 99.64.69.189 |
| 67.170.74.210 | 75.111.164.183 | |
| | 75.133.63.230 | |