# EXHIBIT A

**IP Address**
207.237.203.212