**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LIGHTSPEED MEDIA CORPORATION ) | |
| ) | CASE NO.: 1:10-cv-05604 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge Blanche M. Manning |
| ) | Magistrate Judge Morton Denlow |
| DOES 1 – 1000 ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**PLAINTIFF'S NOTICE OF LIMITED DISMISSAL OF CERTAIN DOE DEFENDANT**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against the Doe Defendant associated with the Internet Protocol address 24.117.201.76. The Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

                Respectfully submitted,

                LIGHTSPEED MEDIA CORPORATION

**DATED:** January 18, 2011

                By:    /s/ John Steele_____
                        John Steele (Bar No. 6292158)
                        Steele Hansmeier PLLC
                        161 N. Clark St.
                        Suite 4700
                        Chicago, IL 60601
                        312-880-9160;   Fax 312-893-5677
                        jlsteele@wefightpiracy.com
                        *Attorney for Plaintiff*