# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 5604 | **DATE** | 2/4/2011 |
| **CASE TITLE** |  | Lightspeed Media Corp vs. Does 1-100 | |

**DOCKET ENTRY TEXT**

Defendant Beau Rogers has filed a motion to quash or vacate a subpoena [32-1], a motion to dismiss for lack of personal jurisdiction [33-1] and a motion for a protective order [34-1]. In the motion for a protective order, Rogers states that the purpose of the motion is to "protect his identity from being disclosed to the Plaintiff and automatically subjecting himself to the jurisdiction of the court." Because disclosure of the defendant's identity does not automatically subject him to the court's jurisdiction and Seventh Circuit precedent allows parties to proceed under a pseudonym only in very limited circumstances, the motion for a protective order is denied without prejudice. The plaintiff shall file a response to the motion to dismiss for lack of personal jurisdiction on or before February 25, 2011, and the defendant may reply no later than March 14, 2011. Ruling will be by mail. The defendant's motion to quash is denied without prejudice pending a ruling on the motion to dismiss for lack of personal jurisdiction. The defendant is admonished that all future motions must be noticed for presentment pursuant to Local Rule 5.3(b).

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|