# EXHIBIT A

| IP Address | IP Address |
| --- | --- |
| 174.28.92.130 | 97.82.27.167 |
| 97.101.100.187 | 199.1.132.14 |
| 67.159.28.69 | 66.216.202.13 |
| 174.31.158.168 | 72.15.116.15 |
| 24.246.165.1 | 97.112.106.85 |
| 24.112.4.60 | 97.112.99.55 |
| 66.223.220.120 | 207.237.203.212 |
| 24.105.207.230 | 72.24.84.22 |
| 67.212.242.102 | 174.20.217.99 |
| 68.186.187.35 | 68.191.89.246 |
| 24.207.252.192 | 74.133.106.48 |
| 24.117.201.76 | 74.136.166.243 |
| 98.197.229.94 | 216.80.14.208 |
| 184.77.154.129 | |
| 68.202.50.220 | |
| 75.97.153.162 | |
| 74.83.16.150 | |
| 72.42.160.176 | |
| 24.156.67.80 | |
| 64.131.103.63 | |
| 208.103.73.124 | |
| 72.24.191.118 | |
| 24.116.85.163 | |
| 24.180.17.95 | |
| 24.216.217.146 | |
| 66.189.41.80 | |
| 75.135.215.125 | |