UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Lightspeed Media Corporation
                        Plaintiff,

v.                                                  Case No.: 1:10−cv−05604
                                                      Honorable Blanche M. Manning

Beau G. Rogers, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 19, 2011:

      MINUTE entry before Honorable Blanche M. Manning: On March 31, 2011, this court issued an order severing all potential Doe defendants except one. The court also ordered the plaintiff to, within 7 days of the date of the order: (1) notify the internet service providers that the subpoenas were quashed, (2) stop all efforts to identify users of the relevant IP addresses, and (3) direct the internet service providers to immediately notify anyone to whom they previously gave notice that the court had quashed the subpoenas and dismissed all defendants except Beau Rogers. Moreover, as to all of the IP addresses for which the plaintiff had already received identifying information, the court ordered the plaintiff to, within 7 days of the date of entry of the order, send those individuals, via U.S. Mail, a copy of the March 31, 2011, order and a letter notifying the individuals that they are no longer potential defendants in the instant litigation. Despite the passage of several weeks following the March 31st order, the court's clerk continues to receive inquiries from potential Doe defendants regarding the subpoenas. Accordingly, the plaintiff shall, by no later than Wednesday, April 20, 2011, at 5:00 p.m., file a memorandum detailing how it has complied with the notice provisions specified in the March 31, 2011, order. The memorandum shall be supported by an affidavit from counsel and any other affidavits the plaintiff wishes to submit. Failure to provide notice as ordered by the court may lead to the issuance of a rule to show cause.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.