**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORPORATION | ) | |
| | ) | CASE NO.: 1:10-cv-05604 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Blanche M. Manning |
| | ) | Magistrate Judge Morton Denlow |
| DOES 1 – 1000 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff Lightspeed Media Corporation ("Lightspeed"), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in its complaint against the remaining Defendant Doe in this case. Defendant Doe has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

[Intentionally left blank]

        Respectfully submitted,

        LIGHTSPEED MEDIA CORPORATION

**DATED:** August 22, 2011

        By:    /s/ John Steele_____
                John Steele (Bar No. 6292158)
                Steele Hansmeier PLLC
                161 N. Clark St.
                Suite 4700
                Chicago, IL 60601
                312-880-9160;   Fax 312-893-5677
                jlsteele@wefightpiracy.com
                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on August 22, 2011, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                        s/ John Steele
                                        JOHN STEELE