# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Lightspeed Media Corporation

       Plaintiff,

v.             Case No.: 1:10–cv–05604
             Honorable Blanche M. Manning

Doe, et al.

       Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 2, 2011:

   MINUTE entry before Honorable Blanche M. Manning: Pursuant to FRCvP 41(a)(1), plaintiff hereby dismisses without prejudice all causes of action in its complaintagainst the remaining Defendant Doe in this case. Defendant's motion to quash [37] is stricken as moot.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.